UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER BAUDINO,<br><br>                Plaintiff,<br><br>  v.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA d/b/a SAFECO INSURANCE, a foreign entity,<br><br>                Defendant. | NO: 2:20-CV-0457-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Order of Dismissal (ECF No. 38). The parties stipulate that this matter be dismissed with prejudice, with each party bearing its own costs. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and with each party bearing its own costs.

2. All deadlines, pending motions, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED May 15, 2022.



THOMAS O. RICE
United States District Judge